HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BYRON PREACELY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON PREACELY,<br><br>Defendant. | Case No. 1:23-cr-00238-JLT-SAB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:   April 1, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Byron Preacely, that the Court may continue the sentencing hearing currently scheduled for April 1, 2024, to April 22, 2024, at 9:00 a.m.

Mr. Preacely is currently successfully participating in the 90-day WestCare program. Defense counsel has conferred with representatives from WestCare and they have confirmed that Mr. Preacely's last day at WestCare is April 16, 2024. In order to give Mr. Preacely the opportunity to complete his rehabilitation program, the parties are requesting a short continuance. Neither the government nor the probation officer have any objection to the requested continuance, and all parties are available on April 22, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 23, 2024        */s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 23, 2024        */s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
BYRON PREACELY

## **O R D E R**

The sentencing hearing currently scheduled for April 1, 2024, at 9:00 a.m. is hereby continued to April 22, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **February 23, 2024**

_____
UNITED STATES DISTRICT JUDGE